# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERAH ROBERTS, et al., <br><br>   Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA; AERON WICKES, M.D.; MICHELE GRAD, M.D.; PALOMAR POMERADO HEALTH; DOES 1 THROUGH 40, INCLUSIVE, <br><br>   Defendants. | CASE NO. 09cv2874-WQH-WMc <br><br> ORDER |

HAYES, Judge:

On March 23, 2010, the Court issued an Order which dismissed Defendant United States of America and stated: "All remaining parties are **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). *See Bruns v. Nat'l Credit Union Admin.*, 122 F.3d 1251, 1257-58 (9th Cir. 1997). This action will be remanded to San Diego Superior Court unless, no later than **fourteen (14) days** from the date of this Order, a party files a brief stating a basis for this Court's subject-matter jurisdiction." (Doc. # 8 at 4).

The docket reflects that no party has filed a brief since the Court's March 23, 2010 Order.

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** for lack of subject matter jurisdiction to San Diego County Superior Court, where it was originally filed and assigned case number 37-2009-86857-CU-MM-CTL.

DATED: April 9, 2010

**WILLIAM Q. HAYES**
United States District Judge